ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER **CMCF - 10 - 1802**

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: **Vincent Bailey #10492**          **CMCF-N/C**
    Inmate's Name and DOC#                                    Housing Unit

FROM: **Eddie Cates**          **ADOS / CMCF**
    Person to whom 1st Step is Directed                        Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

---

I am in receipt of your ARP and upon review I found that you were validated as a Security Threat Group Leader on 12/14/10 and because of your reported gang activity in a leadership role, you were placed in Long Term Segregation status on 1/25/11. Your next review date while on this status will be April 25, 2011. Your request to be transferred back to Louisville is denied.

✓

**Eddie R. Cates  ADOS**          **02/02/11**
    Signature                                                          Date

(✓) I am not satisfied with this response and wish to proceed to Step Two.
REASON: I have not been informed of the basis for my detention. I have not been given the opportunity to present my views, no evidence was presented

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

**Vincent Bailey      64912**          **2-25-11**
Inmate's Signature     DOC#                                                    Date

further response on additional page(s)

**Inmate's - COPY**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## CMCF-10-1802

### SECOND STEP RESPONSE FORM

You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #:  **Vincent Bailey #64912**
Location:  **SMCI**

From:  **Ms. Margaret Bingham**
Title:  Superintendent

---

An investigation has been conducted into your complaint regarding your request to be transferred to Louisville. Mr. Cates, CMCF Assistant Director of Offender Services, stated that your request for re-classification was **denied** the following reasons: (1) reported gang activity in a leadership role, (2) validated on December 14, 2010 as a Security Threat Group Leader, (3) placement in Long Term Segregation status as of January 25, 2011. Your next review is scheduled for April 25, 2011.

Therefore, I find this matter resolved.

_Margaret Bingham_     4-15-11
Signature               Date

---

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

_Vincent Bailey_     64912     5-12-11
Inmate's Signature    DOC #     Date

