THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

COMPLAINT

Bailey                    # 64912
(Last Name)               (Identification Number)

Vincent                   Tito
(First Name)              (Middle Name)

South Mississippi Correctional Institute
(Institution)

P.O. Box 1419, Leakesville Ms. 39451
(Address)

(Enter above the full name of the plaintiff and address of plaintiff in this action)

V.

Christopher Epps, Commissioner

Emmitt L. Sparkman Deputy C.I.

Bertha Spivey, STG Coordinator

James Fillyaw Director O.S.

Johnnie Ellis, Classification Designee

Eddie Cates Asst. Director of OS

Margaret Bingham, Superintendent

R. Byrd W.C.C.F.

(Enter above the full name of the defendant in the action)

OTHER LAWSUITS FILED BY PLAINTIFF

The plaintiff must fully complete the following questions. Failure to do so may result in your case dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?
Yes ( )  No (X)

1.